Elizabeth F. Rojas
15260 Ventura Blvd.
Suite 710
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

To:           CLERK, U.S. BANKRUPTCY COURT

Re:           UNDISTRIBUTED FUNDS

Debtor:       Sari Tunaswati Achadi
              22121 Erwin St. Apt M201
              Woodland Hills, CA 91367

Case No.:     SV12-16576-MT

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified
below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due
diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds
in the above referenced matter.

Payee:                                                   Amount:
SARI TUNASWATI ACHADI                                    $ 884.46
22121 ERWIN ST. APT. M201
WOODLAND HILLS, CA 91367

Dated:    June 04, 2018

_____
Elizabeth F. Rojas, TRUSTEE

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1216576 | | Sari Tunaswati Achadi | XXX-XX-7091 | 0.00 | 0.00 | 884.46 | 884.46 |
| | Claim #: 00000 | | | | | | |
| | | **TOTALS** | | **0.00** | **0.00** | **884.46** | **884.46** |

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15260 VENTURA BLVD.
SUITE 710
SHERMAN OAKS, CA 91403

AMERICAN BUSINESS BANK
523 W. 6th Street, Suite 900
Los Angeles, CA 90014

16-4280/1220

| CHECK DATE | CHECK NO. |
|---|---|
| May 31, 2018 | 0985640 |

Achadi, Sari Tunaswati

Case No: 1216576

**CHECK AMOUNT**

$ * * * * * * * * 884.46

VOID AFTER 60 DAYS

PAY ONLY  884.46
EIGHT EIGHT FOUR PESOS FOUR 58

PAY
TO THE
ORDER
OF

CLK US BANKRUPTCY CT

VOID OVER $884.46

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0985640⑈ ⑆122042807⑆ 03998548⑈